*2nd AMENDED COMPLAINT*

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_Jacksonville_ Division

2014 OCT 17 PM 1:44

JACKSONVILLE, FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

**CASEY MATTINGLY**

CASE NUMBER: **3:14-cv-591-J-32JBT**
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

**JOHN RUTHERFORD**

**DEBRA BARNES**

**SOHAIL KHAN**

**LINDA RICHO**

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** _Duval County Jail, 500_
   (Indicate the name and location)
   _East Adams St. Jacksonville FL 32202_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

    A.    Name of Plaintiff: __CASEY MATTINGLY__

           Mailing address: __500 EAST ADAMS ST. JACKSONVILLE FL 32202__

    B.    Additional Plaintiffs: _____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

    C.    Defendant: __JOHN RUTHERFORD__

           Mailing Address: __501 EAST BAY ST JACKSONVILLE FL, 32202__

           Position: __SHERIFF OF JACKSONVILLE__

           Employed at: __JACKSONVILLE SHERIFFS OFFICE__

    D.    Defendant: __DEBRA BARNES__

           Mailing Address: __500 E. ADAMS ST JACKSONVILLE FL, 32202__

DC 225 (Rev 2/2012)         3

Position: MEDICAL DOCTOR

Employed at: DUVAL COUNTY JAIL

E. Defendant: SONAIL KHAN

Mailing Address: 500 EAST ADAMS ST. JACKSONVILLE FL, 32202

Position: PHYSICIANS ASSISTANT

Employed at: DUVAL COUNTY JAIL

F. Defendant: LINDA RICHO

Mailing Address: 500 EAST ADAMS ST. JACKSONVILLE FL, 32202

Position: NURSE PRACTIONER

Employed at: DUVAL COUNTY JAIL

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

THE ABOVE LISTED DEFENDANTS ARE RESPONSIBLE FOR GROSS MEDICAL MALPRACTICE AND NEGLIGENCE. THE DEFENDANTS HAVE VIOLATED THE PLAINTIFF'S 8th AMENDMENT BY DELIBERATELY, INDIFFERENTLY, AND PERPETUALLY REFUSING TREATMENT FOR AN INJURY SUSTAINED IN CUSTODY. THIS HAS SUBJECTED PLAINTIFF TO CRUEL AND UNUSAL PUNISHMENT AS WELL AS A VIOLATION TO THE EQUAL PROTECTION OF THE LAW

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

ON MAY 2, 2013 THE PLAINTIFF SLIPPED AND FELL IN HIS DORM. HE WAS TAKEN TO SHANDS HOSPITAL AND PLACED IN A SOFT CAST. TWO WEEKS LATER HE WAS PLACED IN A HARD CAST FOR 3 1/2 MONTHS. Dr. DEBRA BARNES REFUSED THE PLAINTIFF NARCOTIC PAIN MEDICATION FROM THE ONSET AND TO DATE STILL DOES. Dr. BARNES WAS TOLD BY SHANDS THAT THE PLAINTIFF NEEDED TO HAVE REPAIRATIVE SURGERY, PHYSICAL THERAPY, PAIN MANAGEMENT IN JULY 2013. Dr. BARNES SAID THAT IS CONSIDERED "ELECTIVE TREATMENT" AND JACKSONVILLE IS NOT

PAYING FOR IT. Dr. BARNES WAS ASKED NUMEROUS TIMES TO PROVIDE THE PLAINTIFF WITH THE PRESCRIPTIONS FOR PAIN SENT BY HIS DOCTORS AT SHANDS. Dr. BARNES REFUSED EVERYTIME AND EVEN LIED TO THE PLAINTIFF BY SAYING THAT JACKSONVILLE DOESN'T GIVE NARCOTICS. IN OCTOBER 2013 THE PLAINTIFF WAS TOLD HE NEEDED AN AMPUTATION FOR HIS INJURY DUE TO THE PROCRASTINATION AND DENIAL OF MEDICAL NECESSARY TREATMENT. BOTH Dr. BARNES AND JOHN RUTHERFORD, SHERIFF, DENIED TREATMENT CALLING IT AGAIN "ELECTIVE TREATMENT". SOHAIL KHAN IN APRIL 2014 TOOK PLAINTIFF'S CRUTCHES FROM HIM AND TOLD HIM TO CRAWL BACK TO HIS DORM, AND IF HE DIDN'T SOHAIL KHAN WOULD TAZE HIM. SOHAIL HAS REFUSED TO ISSUE PRESCRIBED PAIN MEDS SAYING THAT JAIL DOESN'T GIVE YOU DRUGS JUST BECAUSE YOU SAY YOU'RE INJURED. PLAINTIFF GRIEVED Dr. BARNES AND SOHAIL KHAN BUT NOTHING WAS DONE. LINDA RICHO HAS ALSO REFUSED PLAINTIFF PAIN MEDS, STATING THAT MOTRIN 2x daily WAS ALL HE WAS GETTING. PLAINTIFF IS SUFFERING FROM REFLEX SYMPATHY DYSTROPHY AND IS IN CHRONIC PAIN, AND NEEDS MEDICAL TREATMENT. PLAINTIFF GRIEVED TO THE FLORIDA GOVENOR RICK SCOTT WHO DEFERRED TO JOHN RUTHERFORD, WHO WROTE PLAINTIFF ON JULY 15, 2014 SAYING THAT PLAINTIFF'S CARE IS ADEQUATE AND HIS CONDITION IS STABLE. JOHN RUTHERFORD HAS DEPRIVED THE PLAINTIFF MUCH NEEDED MEDICAL TREATMENT DUE TO COST. Dr. BARNES REFUSES TO ALLOW TREATMENT AND THEREFORE ALLOW PLAINTIFF TO WALK AGAIN. ALL DEFENDANTS REFUSE TO TREAT THE PAIN.

VII. <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

THE PLAINTIFF IS SEEKING PUNATIVE DAMAGES UNSPECIFIED

FROM EACH DEFENDANT IN THEIR PROFESSIONAL CAPACITY; PAIN AND SUFFERING DAMAGES FROM EACH DEFENDANT IN THEIR PROFESSIONAL CAPACITY IN THE AMOUNT OF $600,000 EACH; PUNITIVE DAMAGES IN THEIR PERSONAL CAPACITY IN THE AMOUNT OF $250,000 EACH; PAIN AND SUFFERING DAMAGES IN THE DEFENDANTS PERSONAL CAPACITY IN THE AMOUNT OF $250,000 EACH;

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 14 day of OCTOBER, 2014.

_C. McHugh_

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 15 day of OCTOBER, 2014.